MACCO & STERN, LLP
*Attorneys for Debtor*
135 Pinelawn Rd. – Ste. 120 South
Melville, New York  11747
(631) 549-7900 tel.
(631) 549-7845 fax
MICHAEL J. MACCO, ESQ.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
**In re:**

**Watson Productions LLC**

                                             **Debtor.**
------------------------------------------------------------x

Chapter 11
Case No.: 11-78552-reg

APPLICATION FOR INTERIM
ALLOWANCES TO DEBTOR'S
___GENERAL COUNSEL_____

**TO:    THE HONORABLE ROBERT E. GROSSMAN**
**UNITED STATES BANKRUPTCY JUDGE**

As attorney for the Debtor herein, Macco & Stern, LLP by Michael J. Macco, Esq.,
respectfully moves this Court for an interim allowance of compensation and reimbursement of
expenses for services rendered, and represents as follows:

## INTRODUCTION

1.    Michael J. Macco is a member of the firm of Macco & Stern, LLP and is duly
admitted to practice before this Court and is authorized to submit this Application for
Allowances on behalf of said firm.

2.    Members of applicant's firm have been practicing law for over thirty (30) years
each and have specialized in insolvency proceedings for almost that same period of time.
Applicant has participated in seminars before the New York County, Nassau County, Suffolk
County and Brooklyn Bar Associations, the United States Trustee Program, and other
professional groups on many relevant subjects including creditor's rights, insolvency and
bankruptcy.

3.      Applicant has acted in other insolvency cases as the Trustee, Attorneys for the Trustee, Attorneys for the Debtor, Attorneys for Debtors-In-Possession, Attorneys for secured and unsecured creditors and as Attorney for Creditor Committees.  By reputation and experience, Applicant is well-versed in many areas of bankruptcy practice.

4.      All professional services for which compensation is requested were rendered in connection with this case.

5.      No services for which compensation is requested were rendered on behalf of any person, persons or entities other than the Debtor herein.

6.      In order to clearly inform the Court of the extent, detail and complexity of the services rendered, and for the Court to have an over all picture of Applicants activities on behalf of the Debtor, Applicant has set forth the details of the services of this firm in summary fashion. It is intended that this Application will merely supplement the Courts own knowledge of this case and should not be considered an itemized statement of Applicants services.

7.      Applicant makes this application for allowances of reasonable compensation for the professional services rendered by this firm as counsel to the Debtor in this proceeding and reimbursement of actual and necessary out-of-pocket disbursements incurred in the rendering of all required professional services on behalf of the Debtor.  A breakdown of the out-of-pocket disbursements incurred by Applicant is set forth in the attached Exhibit "B".

8.      The professional services for which allowances are sought by Applicant were rendered by Macco & Stern, LLP as attorneys for the Debtors and on their behalf.  Prior to this Application the firm had received an initial retainer from the Debtor to undertake representation

of the Debtor in this proceeding or otherwise. Applicant therefore received $19,000.00 as and for an initial retainer and an advance of disbursements in the sum of $1,546.00.

9.     Since the time Macco & Stern, LLP was requested to undertake to represent the Debtor, and pursuant to a written retainer agreement, it was agreed that an hourly rate of $450.00 would be charged for each hour of services rendered by members of the firm, $350.00 for each hour of services rendered by senior associate attorneys of the firm, $275.00 for each hour of services rendered by junior associates and $125.00 per hour for paralegal time. No fee application is to being made for the utilization of secretarial time. It was further contemplated that additional fees and costs would certainly be due to Macco & Stern, LLP as the case progressed, but that any subsequent payments to be made after the initial retainer would be paid by the Debtor to the firm only after proper application for allowances to the Bankruptcy Court.

10.    Applicant has prepared records of its time and disbursements expended in the rendition of all professional services that were required on behalf of the Debtor. The firm's time records conform with the performance of the professional services rendered and those records are attached to this Application as Exhibit "A".

11.    Applicant has brought his experience and knowledge, as well as his partner's and associate's knowledge and experience, to this action which was necessary in providing adequate counsel to the Debtor. Any time Applicant spent conferencing this matter with his partner or associates has not been billed. Whenever possible, associate time was used for certain services to keep billable hours to a minimum and all associate work was performed under the supervision of Applicant.

12.    The services for which compensation is sought herein were substantially performed by Michael J. Macco, Esq., partner in Macco & Stern, LLP and by Peter Corey, Esq., a senior associate at the firm.

13.    The Court should be advised that while the following information is an overview of what transpired in this case, the information is only intended to be brief and explanatory while not burdening the Court with the day to day details of the case.

14.    The notice of hearing on this fee Application was duly served on all known creditors and parties in interest including the United States Trustee, as more fully set forth in the annexed affidavit of service.

### BACKGROUND INFORMATION

15.    The Debtor is a New York corporation engaged in the business of designing and creating displays and exhibits for use at trade shows and in retail stores and other corporate environments.

16.    The background facts and circumstances are as follows.  By agreement dated December 1, 2006, Watson Productions LLC purchased a competing business engaged in the same industry from Skyline.  The agreement provided that Skyline would sell their assets to the debtor for the sum of $1.6 million payable, with $315,000.00 at closing and delivery of a promissory note for $685,000.00, and the second promissory note of $600,000.00.  The second note was expressly subject to offset, and recalculation based upon a formula set forth in the original contract.  After full payment of the down payment and first note, a dispute occurred regarding exactly how much money was due on the second note.   On or about January 7, 2009 the debtor commenced an action against Skyline Displays LLC and Howard DeCesare for fraudulently inducing Watson to enter into an agreement of sale and seeking reform of the agreement.  Subsequent to the law suit being commenced, Skyline and DeCesare moved for

4

summary judgment dismissing the Complaint. On October 17, 2011 the Supreme Court of the State of New York issued an Order granting summary judgment to Skyline and DeCesare. in its entirety. Upon entry of the summary judgment Skyline and DeCesare made immediate attempts to collect money by restraining the corporate bank account of Watson and contacting all of their customers to restrain accounts receivables due the debtor.

17.    The Debtor considered various strategies and attempted to negotiate with Skyline and DeCesare prior to seeking advice and counsel of applicant to consider the possibility of obtaining bankruptcy protection. After careful consideration and contemplation with applicant, the debtor believed that the operation of the business without threat of restraint would be in the best interest of the debtor by allowing for the continued operation of the business while staying collection attempts by the judgment creditors. The operation of the business would remain profitable. This would give the debtor time to make a motion for reargument in State Court and pursue an appeal. Consequently, applicant recommended that the debtor file for bankruptcy to allow a plan of repayment of the debtor's creditors over a period of time while the State Court litigation with DeCesare and Skyline continued.

### INITIAL EXPECTATIONS AND COMPLICATIONS

18.    Applicant was approached by Robert Watson and Gary Cioffi to represent the debtor in November 2011. Applicant was required to undertake the pre-filing investigation into the issues raised before Macco & Stern would agree to be retained. Applicant had several conferences with the principals in order to become knowledgeable of the current state of financial affairs. A substantial amount of time was spent conversing with the principals to determine feasibility of an out of court settlement which Skyline and Howard DeCesare in order to avoid the bankruptcy filing.

19.    Applicant's investigation revealed that the Debtor had its bank account frozen due to the issuance of a restraining notice as a result of the summary judgment order.  The debtor had substantial amount of work under contract and in progress, had significant accounts receivables and a good reputation in the industry, so there was no reason to conclude the debtor would be unable to meet is ongoing obligations to operate a Chapter 11 going forward until such time as reasonable settlement and payment terms could be reached with the judgment creditor or a plan of reorganization was confirmed.

20.    After a thorough review of the relevant facts, and conversations with State Court counsel, Linda Agnew, Esq., who was preparing a motion for reargument in the State Court and who had filed a Notice of Appeal on behalf of the debtor, Watson was advised that several conversations with counsel for the judgment creditor were unfruitful and conversations held with the principals of the debtor directly with the judgment creditor were equally unfruitful, it was then determined there was a strong possibility of the debtor's recovery through a Chapter 11.

21.    Following the initial consultations with Macco & Stern, Applicant worked closely with the Debtor to help formulate a game plan that would allow the Debtor to operate while pursuing its motion for reargument.  In addition, the long term game plan was developed in case the debtor's appeal of the State Court summary judgment was unsuccessful.

### HISTORY OF THE CHAPTER 11 CASE

22.    Applicant commenced this case on behalf of the Debtor by the filing of a voluntary petition for relief under Chapter 11 the Bankruptcy Code on December 7, 2011 (the "Filing Date") in the United States Bankruptcy Court for the Eastern District of New York, Central Islip Division.  The case was assigned case number 11-78552-reg.

23.    Applicant drafted, amended and filed all of the Schedules and Statements as required by the Bankruptcy Code and Rules.

24.    The Debtor has continued to operate its business and manage its affairs as a debtor-in-possession pursuant to 11 U.S.C. §§1107 and 1108.

25.    Applicant prepared and filed a motion to be retained as Debtor's general bankruptcy counsel, and filed same with the petition on December 7, 2011.  Unfortunately, the Court did not execute the original application to retain the law firm and on March 26, 2012 the Court executed an Order granting the application to employ Macco & Stern, LLP nunc pro tunc as of the date of filing.

## CASH COLLATERAL

26.    An immediate concern to applicant was that a UCC search of the debtor indicated that Citibank, NA held a first lien position on all of the debtor's assets including accounts receivable.

27.    Prior to filing the bankruptcy petition applicant contacted a loan officer at Citibank to determine who corporate bankruptcy counsel was.  Citibank NA is represented by the law firm of Platzer Zwergold Carlin Levine Goldberg and Jaslow LLP by Clifford A. Katz, Esq.  Applicant contacted Mr. Katz prior to filing.

28.    On the date of filing, Citibank NA was owed $450,000.00 on the secured loan and was receiving interest only payments from the debtor prior to filing.  Applicant had numerous conversations with Clifford Katz and negotiated the parameters of a cash collateral agreement.  Unfortunately, Citibank would not consent to a written agreement until after the actual filing of the Chapter 11.

29.    Once the Chapter 11 was filed on December 7, 2011, a cash collateral consent order was negotiated and agreed upon by debtor and Citibank's counsel immediately.

30.    Subsequent to the negotiation of the cash collateral order, applicant prepared an Order to Show Cause seeking use of cash collateral and filed same on December 8, 2011.

31.    The Court signed off on the Order to Show Cause and scheduled a hearing for December 14, 2011 at 1:30 p.m. at which time the interim Court Order was rejected by the Court due to certain language contained therein.  The attorneys for the parties were able to negotiate the necessary changes in the interim order authorizing use of cash collateral and same was prepared and filed on the case and executed by the Court on December 15, 2011.

32.  The Interim Order approving use of cash collateral has been renewed several times during the pendency of the Chapter 11 and I anticipate it will continue to be renewed on a going forward basis until this matter is confirmed.

## INITIAL STAGES OF THE CASE

33.    Applicant prepared the Debtor's principal for his appearance at the §341 Meeting of Creditors which was held on January 13, 2012.  Certain creditors appeared at the hearing, and after a thorough examination by the United States Trustee the meeting was successfully closed. All of mandatory disclosure documentation had been provided to the United States Trustee by Applicant prior to the meeting, with all additionally requested documentation submitted by Applicant shortly thereafter.

34.    Applicant has been quite successful in appearing for several status conferences that have been assigned to this case and in monitoring this case to ensure it is proceeding expeditiously so that an operating trustee has not been appointed in this matter.

35.  During the first month of the case applicant prepared a motion to set the last day to file claims and same was signed on January 10, 2012 requiring all creditors to file proofs of

claims in the matter by February 23, 2012 and governmental creditors to file claims by June 4, 2012.

## RETENTION OF SPECIAL COUNSEL and ACCOUNTANT

36.  Prior to meeting debtor to discuss the possibility of filing a Chapter 11, the principals of the debtor corporation had already met with Linda Agnew, Esq., of the Jaspan Schlessinger firm, for the purposes of replacing their trial counsel with whom they were dissatisfied. Based upon advice of Ms. Agnew, the debtor would move to reargue before the State Court judge. In the event that was unsuccessful, Watson Productions should pursue an appeal.

37.  The Jaspan Schlessinger firm was paid a retainer of $10,000.00 as an initial retainer and the motion for reargument was prepared by the firm.

38.  After the filing of the restraining notices it was determined that the debtor had to file a Chapter 11 bankruptcy proceeding and Ms. Agnew needed to be retained as special counsel in the action. Applicant's firm prepared the necessary retention to have special counsel retained.

39.  It was also determined that due to the complexity of the debtor's business the total overall amount of business the debtor needed to retain an accountant for the purposes of preparing monthly operating reports as well as preparing tax returns. The debtor wanted to continue using their CPA, Lee Schlussel and Company, LLP.

40.  Applicant prepared the necessary application and order to have the debtor's accountant retained pursuant to court order. The Court issued an Order retaining the accountant on January 9, 2012.

41.  The debtor leases premises pursuant to a lease agreement dated December 29, 2006. The lease agreement was set to expire on January 31, 2012 but the debtor prior to filing extended his lease for one year. The purpose for the debtor's extension of time was to negotiate a long

term lease at a more reasonable rent since in the debtor's opinion the rent being paid was above market.          Applicant prepared a motion to extend time for the debtor's to assume or reject their lease agreement.

42.  Pursuant to a Court Order entered on March 26, 2012, the debtor's time to assume or reject the lease was extended up to an including July 3, 2012.

## MOTION FOR RELIEF FROM AUTOMATIC STAY

43.  Although Section 362 does not prevent the debtor from making a motion for reargument in State Court, the State Court judge refused to hear the debtor's motion for reargument until they received a copy of a Court order lifting the automatic stay.  On January 3, 2012 a motion to lift the automatic stay was prepared by applicant and filed in the Bankruptcy Court.

44.  Lifting the automatic stay was for the limited purpose of arguing the motion for reargument litigating an appeal no execution on the property of the bankruptcy estate.

45.  Therefore, during the first 30 days the case was filed applicant negotiated a cash collateral agreement which was approved by the Court; prepared and served a bar order requiring all creditors to file proofs of claims; retained special counsel; retained certified public accountant and made a motion to lift the automatic stay.

46.  As a result of applicant's advice and services, this matter has been proceeding without a problem.  Since this case was commenced the debtor has realized an increased cash flow as evidenced in their monthly Operating Reports submitted to this Court throughout this proceeding.  The debtor should be in possession of sufficient funds at Confirmation to make an initial distribution to unsecured creditors in a Plan that should be proposed in the next 90 days.

47. Through the efforts of Macco & Stern, LLP, the debtor's expectations are being met and all concerns and complications are being dealt with quickly and professionally. As a result administration expenses of debtor's counsel have been kept much lower than usual.

## SUMMARY

48. With Applicant's counsel and guidance, Debtor has been engaged in a process of continuing profitable business operations and is in the process of becoming a more financially responsible entity. The debtor continues to maintain its productivity in order to generate sufficient funds to successfully emerge from Chapter 11. Applicant anticipates that a proposed plan and disclosure statement will be filed forthwith.

49. Applicant's efforts have greatly improved the Debtor's financial condition and the net benefit to the Debtor has been substantial. So far the results of this case have been accomplished without significant prejudice to the numerous creditors.

50. This case like all bankruptcy Chapter 11 matters is paper intensive and has been time consuming and applicant has had numerous office and telephone conferences with the Debtor which were necessary to achieve the results.

51. Applicant respectfully submits that the time records provided by Macco & Stern, LLP demonstrate an accurate representation of the time expended in this matter. However, due to the duration and complexity of this case certain correspondence and telephone communications are not necessarily reflected in the time records. Actual time expended in this case therefore exceeds the time reflected in the time records annexed hereto, but no request for this additional compensation is sought for these unrecorded hours. It is submitted that based on the anticipated successful results obtained by Applicant on behalf of the Debtor and together

with the duration and expenses of this case, that the amount requested by Applicant is very reasonable and that the time records reflect work, labor, and services rendered in a timely and efficient manner.

52.    As to disbursements, the Court will note that the majority of the disbursements is for postage, photocopying, and facsimiles for which $500.00 was advanced in this case given the nature of the action.  The only other disbursements collected prior to filing were for the Court filing fee.

53.    Applicant has reviewed the time and disbursement records with the Debtor.  The Debtor has no objection to the results obtained in the case by Macco & Stern thus far and have expressed their complete satisfaction with the representation provided by this firm to date. Debtor has agreed that Applicant should at this time receive full reimbursement of all disbursements and full payment for all time expended in this matter to date.  Debtor believes that the amount of compensation due to Macco & Stern for the legal fees portion of the bill is properly set forth in the time records, and that sum properly reflects the actual sum due and owing to Macco & Stern, LLP.  Both the Debtors and Applicant believe payment of the full outstanding amount at this time will not place an undue burden on the Debtors or the estate.

54.    Based on the foregoing, Applicant requests on behalf of the firm an allowance of legal fees in the sum of $52,917.08 for services rendered and disbursements in the sum of $2,067.25, both being reasonable and necessary given the services provided and the net results achieved in this matter to date.  Deducting the initial legal fee retainer of $19,000.00 results in an outstanding balance of $33,917.08, and deducting the initial disbursement retainer of $1,546.00 from $2,067.25 results in an outstanding balance of $521.25 for disbursements.

WHEREFORE, Applicant respectfully requests that this Court enter an Order awarding interim legal fees to Macco & Stern, LLP as attorney for the Debtors for services rendered and disbursements advances in the sums set forth above, together with such other and further relief as this Court deems just and proper under the circumstances.

Dated: Melville, New York
       May 31, 2012

MACCO & STERN, LLP
*Attorney for Debtors*

By:  _____

Michael J. Macco
*A Member of the Firm*
135 Pinelawn Road, Suite 120 South
Melville, NY 11747
(631) 549-7900

SCHEDULE "A"

SCHEDULE "A"

Watson Productions LLC:Watson Productions LLC, Robert Watson (continued)

| Date ID | Timekeeper Expense | Price Markup % | Quantity | Amount | Total | |
|---------|--------------------|--------------|---------|-------|------|---|
| 5/29/2012 623 | Michael J. Macco Filing Fee Court Fees, Filing Fees, Notice of Motion to Lift Stay and Amending Schedules from 11/2011 to date | 1302.00 | 1.000 | 1,302.00 | | Billable |
| 5/29/2012 624 | Michael J. Macco Photocopies Copying cost | 0.25 | 1125.000 | 281.25 | | Billable |
| 5/29/2012 625 | Michael J. Macco Postage Postage and Overnight Mail | 383.00 | 1.000 | 383.00 | | Billable |
| 5/29/2012 626 | Michael J. Macco Fax Faxes | 1.00 | 151.000 | 151.00 | | Billable |
| TOTAL | Billable Costs | | | | $2,117.25 | |

## Calculation of Fees and Costs

| | Amount | Total |
|---|-------|------|
| Fees Bill Arrangement: Slips By billing value on each slip. | | |
| Total of billable time slips Total of Fees (Time Charges) | $52,917.08 | $52,917.08 |
| Costs Bill Arrangement: Slips By billing value on each slip. | | |
| Total of billable expense slips Total of Costs (Expense Charges) | $2,117.25 | $2,117.25 |
| Total new charges | | $55,034.33 |
| New Balance Current | $55,034.33 | |
| Total New Balance | | $55,034.33 |

SCHEDULE "B"

SCHEDULE "B"

| 5/31/2012 | Macco & Stern LLP | |
|-----------|-------------------|---|
| 10:06 AM | Pre-bill Worksheet | Page      1 |

---

### Selection Criteria

| Clie.Selection | Include: Watson Productions LLC |
|----------------|----------------------------------|
| -OR- | |
| Clie.Selection | Include: Watson Productions LLC |

---

| Nickname | Watson Productions LLC \| 18535 |
|----------|----------------------------------|
| Full Name | Watson Productions LLC, Robert Watson |
| Address | 60 Plant Ave. Suite 5 |
| | Hauppauge, NY 11788 |
| | USA |
| Phone | 631-586-9400 | Fax |
| Home | | Other |
| In Ref To | |
| Fees Arrg. | By billing value on each slip |
| Expense Arrg. | By billing value on each slip |
| Tax Profile | Exempt |
| Last bill | |
| Last charge | 5/29/2012 |
| Last payment | Amount      $0.00 |

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---------|-----------------|---------------|----------------|----------------|-------|
| 11/25/2011 29 | Michael J. Macco<br>Conference<br>Telephone Conference with attorney for Watson Productions re: what we need to file an immediate chapter 11 | 450.00 | 0.50 | 225.00 | Billable |
| 11/28/2011 37 | Michael J. Macco<br>Review<br>Reviewed docs and forwarded list of assets & liabilities to judgement creditor for settlement purposes | 450.00 | 0.25 | 112.50 | Billable |
| 11/28/2011 30 | Michael J. Macco<br>Conference<br>Initial consultation with Watson Conference with Linda Agnew State Court Attorney for Watson. Reviewed documents re: citibank and UCC client | 450.00 | 1.50 | 675.00 | Billable |
| 11/28/2011 36 | Michael J. Macco<br>Review<br>Reviewed E-mail from Cioffi re: Possible Settlement | 450.00 | 0.17 | 75.00 | Billable |
| 11/29/2011 42 | Michael J. Macco<br>Draft<br>7 e-mails & responses to shareholders of debtor re: possible response from citibank | 450.00 | 0.33 | 150.00 | Billable |
| 11/29/2011 38 | Michael J. Macco<br>Review<br>Reviewed e-mail from judgement creditor denying settlement | 450.00 | 0.17 | 75.00 | Billable |

Watson Productions LLC:Watson Productions LLC, Robert Watson (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 11/29/2011 39 | Michael J. Macco Review E-mail to citibank with UCC filing Re: Adequate protection | 450.00 | 0.17 | 75.00 | Billable |
| 11/29/2011 40 | Michael J. Macco Review Reviewed e-mail from Robert Watson re: Taped Conversation | 450.00 | 0.92 | 412.50 | Billable |
| 11/29/2011 41 | Michael J. Macco Phone client 2 Telephone conference with citibank re: judgement & cash collateral | 450.00 | 0.25 | 112.50 | Billable |
| 11/30/2011 43 | Michael J. Macco Review Reviewed e-mail from debtor to setup appointment & discuss | 450.00 | 0.17 | 75.00 | Billable |
| 11/30/2011 44 | Michael J. Macco Conference Telephone Conference with Cioffi & Watson discussing options in lieu of filing | 425.00 | 0.17 | 70.83 | Billable |
| 12/1/2011 45 | Michael J. Macco Meeting Meeting with Watson to retain firm & drop off documentation | 450.00 | 1.25 | 562.50 | Billable |
| 12/1/2011 46 | Michael J. Macco Review Received & Review OSC filing from State Court from Watson Productions | 450.00 | 0.75 | 337.50 | Billable |
| 12/2/2011 111 | Michael J. Macco Review Reviewed bare bone Cash Collateral agreement forwarded by Citibank | 450.00 | 0.50 | 225.00 | Billable |
| 12/2/2011 112 | Michael J. Macco E-Mail E-Mail from Watson re: Restraint on Bank accountants | 450.00 | 0.08 | 37.50 | Billable |
| 12/2/2011 95 | Michael J. Macco Conference 2 Telephone Conference with Giusto re: rescission of Restraining note | 450.00 | 0.50 | 225.00 | Billable |
| 12/2/2011 47 | Michael J. Macco Review Received and Reviewed final form of Cash Collateral from citibank | 450.00 | 0.75 | 337.50 | Billable |
| 12/2/2011 12 | Michael J. Macco Review Reviewed documentation and dictated chapter 11 petition | 450.00 | 3.00 | 1,350.00 | Billable |

5/31/2012                                    Macco & Stern LLP
10:06 AM                                     Pre-bill Worksheet                         Page      3

Watson Productions LLC:Watson Productions LLC, Robert Watson (continued)

| Date ID | Timekeeper / Task | Rate / Markup % | Hours / DNB Time | Amount / DNB Amt | Total |
|---|---|---|---|---|---|
| 12/2/2011 31 | Patrick Biggins<br>Draft<br>Drafted petition and sent list for additional info to client | 125.00 | 5.00 | 625.00 | Billable |
| 12/2/2011 97 | Michael J. Macco<br>Conference<br>Telephone Conference with Jeff Ling re: deposit Advance Plastics | 450.00 | 0.17 | 75.00 | Billable |
| 12/2/2011 10 | Michael J. Macco<br>Conference<br>Telephone Conference with Dave Bouquet Skyline Products<br>631-234-6000 | 450.00 | 0.33 | 150.00 | Billable |
| 12/2/2011 9 | Michael J. Macco<br>Conference<br>Telephone Conference with client re: Skyline | 450.00 | 0.17 | 75.00 | Billable |
| 12/5/2011 48 | Michael J. Macco<br>Review<br>2 E-mails from Watson & Cioffi | 450.00 | 0.17 | 75.00 | Billable |
| 12/5/2011 49 | Michael J. Macco<br>Conference<br>Telephone Conference with Attorney for citibank re: cash collateral | 450.00 | 0.17 | 75.00 | Billable |
| 12/5/2011 50 | Michael J. Macco<br>Review<br>E-mail from Watson re: judgement | 450.00 | 0.08 | 37.50 | Billable |
| 12/5/2011 32 | Patrick Biggins<br>Preparation<br>Added additional info sent to us, made Mikes changes to petition<br>and prepared petition to be signed | 125.00 | 5.00 | 625.00 | Billable |
| 12/5/2011 609 | Michael J. Macco<br>Review<br>Reviewed Final draft of Chapter 11 Retention ,& schedules,<br>Prepared Corporate Resolution and Pre Petition Statement 2017 | 450.00 | 2.25 | 1,012.50 | Billable |
| 12/5/2011 17 | Michael J. Macco<br>Correspondence<br>E-mail from citibank Attorney re: cash collateral | 450.00 | 0.08 | 37.50 | Billable |
| 12/5/2011 16 | Michael J. Macco<br>Phone client<br>2 Phone calls Cliff Katz re: cash collateral agreement | 450.00 | 0.17 | 75.00 | Billable |
| 12/5/2011 78 | Michael J. Macco<br>Review<br>Reviewed budget from Watson | 450.00 | 0.25 | 112.50 | Billable |

Watson Productions LLC:Watson Productions LLC, Robert Watson (continued)

| Date ID | Timekeeper / Task | Rate / Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 12/5/2011 79 | Michael J. Macco<br>E-Mail<br>E-Mail from Watson & Agnew re: Judgement Creditor | 450.00 | 0.17 | 75.00 | Billable |
| 12/5/2011 80 | Michael J. Macco<br>E-Mail<br>E-Mail from Agnew written to State Court Judge Sorensen & reply | 450.00 | 0.17 | 75.00 | Billable |
| 12/6/2011 52 | Michael J. Macco<br>Review<br>Review E-mail from Attorney holding appeal & rehearing re: filing status & TRO | 450.00 | 0.17 | 75.00 | Billable |
| 12/6/2011 53 | Michael J. Macco<br>Review<br>Review e-mail from shareholder of debtor with documation to prepare schedules | 450.00 | 0.33 | 150.00 | Billable |
| 12/6/2011 72 | Michael J. Macco<br>Telephone Conference<br>Telephone Conference  re: final changes to petition | 450.00 | 0.50 | 225.00 | Billable |
| 12/6/2011 73 | Michael J. Macco<br>E-Mail<br>E-Mail re: filing next week & reply | 450.00 | 0.25 | 112.50 | Billable |
| 12/6/2011 77 | Michael J. Macco<br>E-Mail<br>E-Mail from Watson re: garnishment | 450.00 | 0.08 | 37.50 | Billable |
| 12/6/2011 54 | Michael J. Macco<br>Review<br>Review e-mail from citibank attorney re: contract with citibank | 450.00 | 0.08 | 37.50 | Billable |
| 12/6/2011 33 | Patrick Biggins<br>Draft<br>Added additional creditors & made final changes,<br>Phone conversations regarding bank balances and put in final form ready to file | 125.00 | 5.00 | 625.00 | Billable |
| 12/6/2011 19 | Michael J. Macco<br>Review<br>Reviewed final draft of petition and rule 1003 affidavit | 450.00 | 1.00 | 450.00 | Billable |
| 12/6/2011 21 | Michael J. Macco<br>Correspondence<br>E- Mail to & from Appellate attorney | 450.00 | 0.08 | 37.50 | Billable |
| 12/6/2011 22 | Michael J. Macco<br>Correspondence<br>E-mail to Ron re: OSC | 450.00 | 0.08 | 37.50 | Billable |

Watson Productions LLC:Watson Productions LLC, Robert Watson (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 12/6/2011 20 | Michael J. Macco Phone client Phone call from client | 450.00 | 0.08 | 37.50 | Billable |
| 12/7/2011 18 | Michael J. Macco Correspondence E-mail to Citibank re: Cash collateral | 450.00 | 0.08 | 37.50 | Billable |
| 12/7/2011 107 | Michael J. Macco E-Mail 3 E-Mails from Watson & 1 E-mail from Agnew re: withdrawing restraining notices | 450.00 | 0.33 | 150.00 | Billable |
| 12/7/2011 74 | Michael J. Macco Review Final Review of Chapter 11 prior to filing | 450.00 | 0.33 | 150.00 | Billable |
| 12/7/2011 75 | Michael J. Macco E-Mail E-Mail to Watson, Cioffi, Agnew & Cliff Katz | 450.00 | 0.17 | 75.00 | Billable |
| 12/7/2011 76 | Michael J. Macco E-Mail E-Mail to Cioffi re: cash collateral | 450.00 | 0.17 | 75.00 | Billable |
| 12/7/2011 14 | Michael J. Macco File Review E-mail to and from Linda re: TRO & additional necessary addresses | 450.00 | 0.17 | 75.00 | Billable |
| 12/7/2011 15 | Michael J. Macco File Review Met with debtor to executed petition | 450.00 | 1.75 | 787.50 | Billable |
| 12/7/2011 13 | Michael J. Macco Review Reviewed draft of petition, schedules, affidavits and made changes to schedules | 450.00 | 1.50 | 675.00 | Billable |
| 12/7/2011 106 | Michael J. Macco E-Mail 3 E-Mail to & from Cioffi re: Restraining Notices | 450.00 | 0.33 | 150.00 | Billable |
| 12/7/2011 105 | Michael J. Macco E-Mail E-Mail to Watson, Cioffi & Agnew re: Judgement | 450.00 | 0.17 | 75.00 | Billable |
| 12/7/2011 104 | Michael J. Macco Telephone Conference Telephone Conference with Robert Watson re: expectations after filing | 450.00 | 0.08 | 37.50 | Billable |

5/31/2012                                    Macco & Stern LLP
10:06 AM                                     Pre-bill Worksheet                        Page      6

Watson Productions LLC:Watson Productions LLC, Robert Watson (continued)

| Date | Timekeeper | Rate | Hours | Amount | Total | |
| ID | Task | Markup % | DNB Time | DNB Amt | | |
|---|---|---|---|---|---|---|
| 12/7/2011 | Michael J. Macco | 450.00 | 0.25 | 112.50 | | Billable |
| 103 | E-Mail | | | | | |
| | E-Mail to Guisto re: Removing Restraints | | | | | |
| 12/7/2011 | Michael J. Macco | 450.00 | 0.08 | 37.50 | | Billable |
| 102 | Telephone Conference | | | | | |
| | Telephone conference with Guisto: Voluntary removal of subpoenas | | | | | |
| 12/7/2011 | Michael J. Macco | 450.00 | 0.17 | 75.00 | | Billable |
| 11 | Conference | | | | | |
| | Telephone Conference with Bob re: Phone call to Skyline | | | | | |
| 12/7/2011 | Patrick Biggins | 125.00 | 2.50 | 312.50 | | Billable |
| 34 | Court | | | | | |
| | Filed petition with court | | | | | |
| 12/7/2011 | Michael J. Macco | 450.00 | 0.25 | 112.50 | | Billable |
| 58 | E-Mail | | | | | |
| | 4 E-mails from debtor re: calculations of contract | | | | | |
| 12/7/2011 | Michael J. Macco | 450.00 | 0.17 | 75.00 | | Billable |
| 55 | Review | | | | | |
| | E-mail to shareholder re: cash collateral | | | | | |
| 12/7/2011 | Michael J. Macco | 450.00 | 0.17 | 75.00 | | Billable |
| 56 | Draft | | | | | |
| | Draft letter to debtor with filed petition | | | | | |
| 12/7/2011 | Michael J. Macco | 450.00 | 0.08 | 37.50 | | Billable |
| 57 | Draft | | | | | |
| | Draft letter to judgement creditor re: restraining notices | | | | | |
| 12/7/2011 | Michael J. Macco | 450.00 | 0.17 | 75.00 | | Billable |
| 108 | E-Mail | | | | | |
| | E-Mail to Katz & Response re: Cash Collateral | | | | | |
| 12/7/2011 | Michael J. Macco | 450.00 | 0.08 | 37.50 | | Billable |
| 110 | E-Mail | | | | | |
| | E-Mail to Chambers re: Cash collateral | | | | | |
| 12/7/2011 | Michael J. Macco | 450.00 | 0.08 | 37.50 | | Billable |
| 109 | E-Mail | | | | | |
| | E-Mail to Watson, Cioffi & Agnew re: Citibank | | | | | |
| 12/8/2011 | Michael J. Macco | 450.00 | 0.50 | 225.00 | | Billable |
| 94 | Conference | | | | | |
| | 3 Telephone Conferences with Watson | | | | | |
| 12/8/2011 | Michael J. Macco | 450.00 | 0.17 | 75.00 | | Billable |
| 28 | Review | | | | | |
| | Review e-mail form Guisto Re: 362 violation & report | | | | | |

Watson Productions LLC:Watson Productions LLC, Robert Watson (continued)

| Date<br>ID | Timekeeper<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 12/8/2011<br>27 | Michael J. Macco<br>Review<br>Received and review cash collateral | 450.00 | 0.75 | 337.50 | Billable |
| 12/8/2011<br>87 | Michael J. Macco<br>E-Mail<br>E-Mail from Cioffi re: Guisto letter | 450.00 | 0.08 | 37.50 | Billable |
| 12/8/2011<br>84 | Michael J. Macco<br>E-Mail<br>3 E-Mails from Watson re: motion for releasing & filing number | 450.00 | 0.25 | 112.50 | Billable |
| 12/8/2011<br>96 | Michael J. Macco<br>Conference<br>Telephone Conference with Ray Musscat re: deposit | 450.00 | 0.50 | 225.00 | Billable |
| 12/8/2011<br>681 | Lynn Smiarowski<br>Review<br>Received 341 Notice and Diary same | 125.00 | 0.08 | 10.42 | Billable |
| 12/8/2011<br>588 | Peter Corey<br>Preparation<br>Prepared OSC for use of Cash Collateral and filed same | 350.00 | 1.50 | 525.00 | Billable |
| 12/8/2011<br>589 | Peter Corey<br>Telephone Conference<br>3 Telephone conferences with chambers re: OS | 450.00 | 0.50 | 225.00 | Billable |
| 12/8/2011<br>608 | Patrick Biggins<br>Filed<br>Served OSC through overnight mail | 125.00 | 1.50 | 187.50 | Billable |
| 12/8/2011<br>26 | Michael J. Macco<br>Review<br>Reviewed Final draft of Cash collateral | 450.00 | 0.33 | 150.00 | Billable |
| 12/9/2011<br>86 | Michael J. Macco<br>E-Mail<br>6 E-Mails from Agnew re: counter claim against DeCease,<br>amendment to complaint, service of motion for refiling of Ch 11 | 450.00 | 0.50 | 225.00 | Billable |
| 12/12/2011<br>682 | Peter Corey<br>Filed<br>Filed Budget with the Court | 350.00 | 0.25 | 87.50 | Billable |
| 12/12/2011<br>101 | Michael J. Macco<br>E-Mail<br>E-Mail from Debtor re: Rescission of Restraint and e-mail to Ray<br>Guisto, Esq. | 450.00 | 0.17 | 75.00 | Billable |

Watson Productions LLC:Watson Productions LLC, Robert Watson (continued)

| Date ID | Timekeeper / Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 12/12/2011 100 | Michael J. Macco<br>Conference<br>Telephone Conference with Agnew re: settlement & retention as counsel | 450.00 | 0.25 | 112.50 | Billable |
| 12/12/2011 99 | Michael J. Macco<br>E-Mail<br>E-Mail re: Guisto State Court Litigator | 450.00 | 0.17 | 75.00 | Billable |
| 12/12/2011 98 | Michael J. Macco<br>Conference<br>Telephone Conference with Watson re: OSC & Rescission of Restraining notices | 450.00 | 0.17 | 75.00 | Billable |
| 12/12/2011 410 | Michael J. Macco<br>Preparation<br>Prepared for court hearing on cash collateral | 450.00 | 1.25 | 562.50 | Billable |
| 12/12/2011 533 | Michael J. Macco<br>Review<br>Reviewed budget with debtor and filed same forwarded to Citibank | 450.00 | 1.00 | 450.00 | Billable |
| 12/12/2011 92 | Michael J. Macco<br>E-Mail<br>2 E-Mail from Watson re: Centola a critical vendor RM exhibits & Advanced Plastics | 450.00 | 0.17 | 75.00 | Billable |
| 12/12/2011 93 | Michael J. Macco<br>Conference<br>Telephone Conference with Watson | 450.00 | 0.08 | 37.50 | Billable |
| 12/13/2011 62 | Michael J. Macco<br>E-Mail<br>E-mail re: Cioffi re: restraining notices | 450.00 | 0.25 | 112.50 | Billable |
| 12/13/2011 91 | Michael J. Macco<br>E-Mail<br>2 E-mails from Guito re: 362 stay | 450.00 | 0.25 | 112.50 | Billable |
| 12/13/2011 90 | Michael J. Macco<br>E-Mail<br>E-Mail from Cioffi re: recession of restraining notice | 450.00 | 0.08 | 37.50 | Billable |
| 12/13/2011 89 | Michael J. Macco<br>E-Mail<br>3 E-Mails from Agnew re: problem with notice | 450.00 | 0.25 | 112.50 | Billable |
| 12/13/2011 88 | Michael J. Macco<br>E-Mail<br>2 E-Mails from Guisto re: Client directly contacting him | 450.00 | 0.17 | 75.00 | Billable |

Watson Productions LLC:Watson Productions LLC, Robert Watson (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---------|-----------------|---------------|----------------|----------------|-------|
| 12/13/2011 85 | Michael J. Macco<br>E-Mail<br>E-Mail from Guisto's office re: letter to skyline & reply | 450.00 | 0.17 | 75.00 | Billable |
| 12/13/2011 83 | Michael J. Macco<br>E-Mail<br>E-Mail to Agnew, Cioffi, Guisto re: recession letter of subpoenas to A/R | 450.00 | 0.08 | 37.50 | Billable |
| 12/13/2011 82 | Michael J. Macco<br>E-Mail<br>E-Mail from Cioffi re: recession letter | 450.00 | 0.08 | 37.50 | Billable |
| 12/13/2011 81 | Michael J. Macco<br>E-Mail<br>E-Mail to Guisto re: recession letter | 450.00 | 0.08 | 37.50 | Billable |
| 12/13/2011 683 | Lynn Smiarowski<br>Review<br>Reviewed Status Conference Order & Diary same | 125.00 | 0.25 | 31.25 | Billable |
| 12/13/2011 59 | Michael J. Macco<br>E-Mail<br>E-mail from Giustto re: rescissions letter | 450.00 | 0.08 | 37.50 | Billable |
| 12/13/2011 60 | Michael J. Macco<br>E-Mail<br>E-Mail to Agnew & Watson re: rescission letter | 450.00 | 0.08 | 37.50 | Billable |
| 12/13/2011 61 | Michael J. Macco<br>E-Mail<br>E-Mail from Attorney for citibank re: release of restraint and response | 450.00 | 0.17 | 75.00 | Billable |
| 12/14/2011 35 | Patrick Biggins<br>Court<br>Faxed over Notification of filing to judge | 125.00 | 0.08 | 10.42 | Billable |
| 12/14/2011 66 | Michael J. Macco<br>E-Mail<br>E-mail from Cioffi re: money paid | 450.00 | 0.08 | 37.50 | Billable |
| 12/14/2011 67 | Michael J. Macco<br>E-Mail<br>E-Mail from Watson re: meeting for court hearing | 450.00 | 0.08 | 37.50 | Billable |
| 12/14/2011 68 | Michael J. Macco<br>E-Mail<br>E-Mail from Watson re: meeting for court hearing | 450.00 | 0.08 | 37.50 | Billable |

Watson Productions LLC:Watson Productions LLC, Robert Watson (continued)

| Date ID | Timekeeper / Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---------|-------------------|--------------|----------------|----------------|-------|
| 12/14/2011 69 | Michael J. Macco<br>Court<br>Attended hearing on cash collateral | 450.00 | 2.00 | 900.00 | Billable |
| 12/14/2011 63 | Michael J. Macco<br>Conference<br>Telephone conference with Agnew re: filing receipt | 450.00 | 0.17 | 75.00 | Billable |
| 12/15/2011 138 | Michael J. Macco<br>Telephone Conference<br>2 Telephone Conference with Bob Watson re: Checking Account & Cancellation of PAll Contract | 450.00 | 0.33 | 150.00 | Billable |
| 12/15/2011 135 | Michael J. Macco<br>E-Mail<br>2 E-Mails from Agnew re: Retention and lift stay response | 450.00 | 0.25 | 112.50 | Billable |
| 12/15/2011 134 | Michael J. Macco<br>Phone client<br>Phone call to Bob Watson re: Restraint in account | 450.00 | 0.17 | 75.00 | Billable |
| 12/15/2011 71 | Michael J. Macco<br>E-Mail<br>E-Mail to Katz with budget | 450.00 | 0.08 | 37.50 | Billable |
| 12/15/2011 70 | Michael J. Macco<br>Review<br>Reviewed modified cash collateral & telephone conference with Cliff Katz | 450.00 | 1.00 | 450.00 | Billable |
| 12/15/2011 137 | Michael J. Macco<br>E-Mail<br>E-Mail from Agnew re: Retention & Response | 450.00 | 0.17 | 75.00 | Billable |
| 12/15/2011 136 | Michael J. Macco<br>E-Mail<br>2 E-Mails from Watson re: Webster Bank Balance and response | 450.00 | 0.25 | 112.50 | Billable |
| 12/16/2011 684 | Michael J. Macco<br>Review<br>Reviewed Draft of Application to Retain Special Counsel | 450.00 | 0.17 | 75.00 | Billable |
| 12/16/2011 132 | Michael J. Macco<br>E-Mail<br>E-Mail from Mitchell Kaplan re: wiring money into DIP account | 450.00 | 0.08 | 37.50 | Billable |
| 12/16/2011 133 | Michael J. Macco<br>E-Mail<br>E-Mail from Watson on same | 450.00 | 0.08 | 37.50 | Billable |

Watson Productions LLC:Watson Productions LLC, Robert Watson (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 12/16/2011 143 | Michael J. Macco Telephone Conference Telephone Conference with Watson re: Release of Account | 450.00 | 0.08 | 37.50 | Billable |
| 12/16/2011 142 | Michael J. Macco Telephone Conference Telephone Conference with Mitchell at Katz office re: Release of Money | 450.00 | 0.33 | 150.00 | Billable |
| 12/16/2011 141 | Michael J. Macco Telephone Conference Telephone Conference with Watson re: Bank Account | 450.00 | 0.17 | 75.00 | Billable |
| 12/16/2011 140 | Richard L. Stern Telephone Conference Telephone conference with Bob Watson and reviewed file | 450.00 | 0.25 | 112.50 | Billable |
| 12/16/2011 139 | Richard L. Stern Telephone Conference 2 Telephone Conference with Cliff Katz re: DIP Account number to transfer funds | 450.00 | 0.25 | 112.50 | Billable |
| 12/19/2011 131 | Michael J. Macco Advise Advise re: Bob Watson re: Operating Reports and Retention of accounts | 450.00 | 0.17 | 75.00 | Billable |
| 12/19/2011 64 | Michael J. Macco E-Mail E-mail from cioffi re: personal liability | 450.00 | 0.08 | 37.50 | Billable |
| 12/19/2011 65 | Michael J. Macco E-Mail E-Mail from Guisto with release of restraining notices & forwarded to client | 450.00 | 0.17 | 75.00 | Billable |
| 12/21/2011 248 | Michael J. Macco E-Mail 2 E-Mail from Watson re: Closing Webster  Account | 450.00 | 0.17 | 75.00 | Billable |
| 12/22/2011 253 | Michael J. Macco E-Mail E-Mail from Robert Watson re: American Express, Closing Webster & Response | 450.00 | 0.17 | 75.00 | Billable |
| 12/22/2011 252 | Michael J. Macco E-Mail E-Mail Bob Watson with Response | 450.00 | 0.17 | 75.00 | Billable |
| 12/22/2011 251 | Michael J. Macco Phone client Phone call to Cliff Katz re: Non-Dip Bank Account | 450.00 | 0.08 | 37.50 | Billable |

5/31/2012                              Macco & Stern LLP
10:06 AM                              Pre-bill Worksheet                                    Page    12

Watson Productions LLC:Watson Productions LLC, Robert Watson (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---------|-----------------|---------------|----------------|----------------|-------|
| 12/22/2011 250 | Michael J. Macco E-Mail E-Mail from Bob Watson re: Pre-petition Citibank Account & Response | 450.00 | 0.17 | 75.00 | Billable |
| 12/22/2011 244 | Michael J. Macco E-Mail E-Mail from Debtor re: Instructions to close Citibank Account | 450.00 | 0.08 | 37.50 | Billable |
| 12/22/2011 246 | Michael J. Macco E-Mail E-Mail re: Paying Cash Collateral | 450.00 | 0.08 | 37.50 | Billable |
| 12/22/2011 247 | Michael J. Macco E-Mail E-Mail from Debtor re: Closing Account & Response to Citibank Attorney | 450.00 | 0.17 | 75.00 | Billable |
| 12/22/2011 249 | Michael J. Macco E-Mail E-Mail from Agnew Re: Retention of Special Counsel & Response | 450.00 | 0.17 | 75.00 | Billable |
| 12/23/2011 243 | Michael J. Macco E-Mail E-Mail debtor re: Webster Bank Balance | 450.00 | 0.08 | 37.50 | Billable |
| 12/23/2011 574 | Michael J. Macco E-Mail E-Mail from debtor with question regarding UST guidelines and response | 450.00 | 0.25 | 112.50 | Billable |
| 12/27/2011 239 | Michael J. Macco Telephone Conference Telephone Conference with UST re: Retention of Account | 450.00 | 0.08 | 37.50 | Billable |
| 12/27/2011 240 | Michael J. Macco E-Mail E-Mail to Watson re: Retention of Accountant | 450.00 | 0.08 | 37.50 | Billable |
| 12/27/2011 241 | Michael J. Macco Telephone Conference Telephone Conference with Watson re: Possible Settlement | 450.00 | 0.17 | 75.00 | Billable |
| 12/27/2011 242 | Michael J. Macco E-Mail E-Mail from Watson with Rescission letter, termination letter & response | 450.00 | 0.25 | 112.50 | Billable |
| 12/27/2011 257 | Michael J. Macco Draft Prepared Draft of Motion to Lift Automatic Stay | 450.00 | 0.75 | 337.50 | Billable |

5/31/2012                          Macco & Stern LLP
10:06 AM                          Pre-bill Worksheet                                    Page    13

Watson Productions LLC:Watson Productions LLC, Robert Watson (continued)

| Date<br>ID | Timekeeper<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 12/27/2011<br>258 | Michael J. Macco<br>Draft<br>Prepared N/M to Appoint Special Counsel | 450.00 | 1.00 | 450.00 | Billable |
| 12/28/2011<br>259 | Michael J. Macco<br>E-Mail<br>E-Mail to Attorney for Citibank re: Final Cash Collateral Agreement | 450.00 | 0.17 | 75.00 | Billable |
| 12/28/2011<br>254 | Michael J. Macco<br>Draft<br>Prepared Final Draft of N/M to Lift Stay | 450.00 | 0.50 | 225.00 | Billable |
| 12/28/2011<br>255 | Michael J. Macco<br>Telephone Conference<br>Telephone Conference with Lee Schlissel CPA | 450.00 | 0.08 | 37.50 | Billable |
| 12/28/2011<br>256 | Michael J. Macco<br>Correspondence<br>Forwarded N/M to Lift Stay to Linda Agnew and Received,<br>Reviewed & Responded<br>Amended Motion | 450.00 | 0.50 | 225.00 | Billable |
| 12/29/2011<br>260 | Michael J. Macco<br>E-Mail<br>E-Mail from Debtor re: Employee Reimbursement & Response | 450.00 | 0.17 | 75.00 | Billable |
| 12/29/2011<br>261 | Michael J. Macco<br>E-Mail<br>E-Mail from Debtor re: Accountant Retention & Response | 450.00 | 0.17 | 75.00 | Billable |
| 12/29/2011<br>262 | Michael J. Macco<br>E-Mail<br>E-Mail to Cliff Katz re: Cash Collateral & Response - E-Mail to<br>Robert Watson re: Status and need for 90day budget | 450.00 | 0.25 | 112.50 | Billable |
| 12/29/2011<br>263 | Michael J. Macco<br>Telephone Conference<br>Telephone Conference with Lee Schlissel, CPA re: Retention | 450.00 | 0.25 | 112.50 | Billable |
| 12/30/2011<br>231 | Michael J. Macco<br>E-Mail<br>E-Mail Schedules E&F to Bob Watson to Review and Make<br>Changes | 450.00 | 0.08 | 37.50 | Billable |
| 12/30/2011<br>264 | Michael J. Macco<br>Draft<br>Prepared Draft of Motion to Retain Accountant | 450.00 | 0.83 | 375.00 | Billable |
| 12/30/2011<br>627 | Michael J. Macco<br>Review<br>Reviewed Claim Docket & Court Docket | 450.00 | 1.00 | 450.00 | Billable |

Watson Productions LLC:Watson Productions LLC, Robert Watson (continued)

| Date ID | Timekeeper / Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---------|-------------------|---------------|----------------|----------------|-------|
| 1/3/2012 637 | Michael J. Macco<br>Review<br>Reviewed Amended Schedules & Executed Same | 450.00 | 0.03 | 15.00 | Billable |
| 1/3/2012 318 | Michael J. Macco<br>E-Mail<br>2 E-Mails re: Amending Schedules | 450.00 | 0.17 | 75.00 | Billable |
| 1/3/2012 317 | Michael J. Macco<br>Telephone Conference<br>Telephone Conference with Bob Watson re: Amending Schedules | 450.00 | 0.08 | 37.50 | Billable |
| 1/3/2012 316 | Michael J. Macco<br>Telephone Conference<br>Telephone Conference with UST Office to Execute Special Counsel & Accountant  Retention's | 450.00 | 0.25 | 112.50 | Billable |
| 1/3/2012 414 | Patrick Biggins<br>Preparation<br>Prepared amended schedules | 125.00 | 1.50 | 187.50 | Billable |
| 1/3/2012 315 | Michael J. Macco<br>E-Mail<br>3 E-Mails from Watson / Cioffi re: Alleged Error in Motion & Response | 450.00 | 0.25 | 112.50 | Billable |
| 1/3/2012 636 | Patrick Biggins<br>Review<br>Reviewed Notice of Appearance and to Matrix | 125.00 | 0.33 | 41.67 | Billable |
| 1/4/2012 323 | Michael J. Macco<br>Review<br>Reviewed Insurance Certificate and Responded | 450.00 | 0.17 | 75.00 | Billable |
| 1/4/2012 321 | Michael J. Macco<br>E-Mail<br>E-Mail to Bob with Status of Upcoming Hearings | 450.00 | 0.17 | 75.00 | Billable |
| 1/4/2012 319 | Michael J. Macco<br>Letter<br>Letter to Bob to Execute amended schedules | 450.00 | 0.08 | 37.50 | Billable |
| 1/4/2012 324 | Michael J. Macco<br>E-Mail<br>E-Mail and Response re: UST Guidelines re: Insurance | 450.00 | 0.17 | 75.00 | Billable |
| 1/4/2012 320 | Michael J. Macco<br>Review<br>Reviewed E-mail and Documents re: Cancellation of PALL Contract | 450.00 | 0.25 | 112.50 | Billable |

Watson Productions LLC:Watson Productions LLC, Robert Watson (continued)

| Date ID | Timekeeper / Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 1/4/2012 322 | Michael J. Macco<br>Draft<br>Drafted Order & Application for Bar Order | 450.00 | 1.00 | 450.00 | Billable |
| 1/5/2012 326 | Michael J. Macco<br>Telephone Conference<br>Telephone Conference with Bob Watson re: Amended Schedules | 450.00 | 0.08 | 37.50 | Billable |
| 1/5/2012 325 | Michael J. Macco<br>E-Mail<br>E-Mail and Response re: 90 Day Budget | 450.00 | 0.17 | 75.00 | Billable |
| 1/5/2012 575 | Michael J. Macco<br>E-Mail<br>E-Mail from debtor re: payment to SBA | 450.00 | 0.25 | 112.50 | Billable |
| 1/5/2012 638 | Michael J. Macco<br>Preparation<br>Prepared Bar Motion Notice to set last day to file claims | 450.00 | 1.00 | 450.00 | Billable |
| 1/6/2012 576 | Michael J. Macco<br>E-Mail<br>E-Mail from accountant with 3 month budget | 450.00 | 0.08 | 37.50 | Billable |
| 1/9/2012 411 | Michael J. Macco<br>E-Mail<br>E-Mail from Watson re: Amending Schedules | 450.00 | 0.08 | 37.50 | Billable |
| 1/9/2012 412 | Michael J. Macco<br>E-Mail<br>E-Mail to Patrick Biggins re: Amending Schedules | 450.00 | 0.08 | 37.50 | Billable |
| 1/9/2012 577 | Michael J. Macco<br>E-Mail<br>E-Mail from debtor re: amended schedules | 450.00 | 0.08 | 37.50 | Billable |
| 1/9/2012 628 | Michael J. Macco<br>Review<br>Reviewed Order to Retain Accountant & Special Counsel | 450.00 | 0.25 | 112.50 | Billable |
| 1/10/2012 416 | Michael J. Macco<br>E-Mail<br>E- Mail from Accountant re Faxing info | 450.00 | 0.08 | 37.50 | Billable |
| 1/10/2012 415 | Michael J. Macco<br>E-Mail<br>E-Mail to Accountant re: Retention | 450.00 | 0.08 | 37.50 | Billable |
| 1/10/2012 639 | Michael J. Macco<br>Review<br>Reviewed order filing last day to file claims | 450.00 | 0.50 | 225.00 | Billable |

Watson Productions LLC:Watson Productions LLC, Robert Watson (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 1/10/2012 640 | Patrick Biggins Filed Filed Amended schedules and served same | 125.00 | 0.67 | 83.33 | Billable |
| 1/10/2012 413 | Michael J. Macco Letter Letter to Linda Agnew | 450.00 | 0.08 | 37.50 | Billable |
| 1/11/2012 418 | Michael J. Macco E-Mail E-Mail and response from Accountant re: Des Operating Reports | 450.00 | 0.17 | 75.00 | Billable |
| 1/11/2012 417 | Michael J. Macco E-Mail E-Mail and Responding re: Attendance at 341 | 450.00 | 0.17 | 75.00 | Billable |
| 1/12/2012 386 | Michael J. Macco E-Mail 4 E-Mails re: IRS Proof of Claim, Response Letter to IRS and E-Mail to Watson | 450.00 | 0.42 | 187.50 | Billable |
| 1/12/2012 419 | Michael J. Macco Meeting Meeting with Watson to Prepare for 341 Meeting | 450.00 | 0.67 | 300.00 | Billable |
| 1/13/2012 420 | Michael J. Macco Court Court Appearance attended 341 Meeting with Watson | 450.00 | 2.25 | 1,012.50 | Billable |
| 1/13/2012 421 | Michael J. Macco E-Mail E-Mail from and to Cliff Katz | 450.00 | 0.25 | 112.50 | Billable |
| 1/13/2012 422 | Michael J. Macco E-Mail E-Mail from Agnew with Letter from Ray Guisten & Letter to Guisto | 450.00 | 0.33 | 150.00 | Billable |
| 1/13/2012 423 | Michael J. Macco E-Mail 3 E-Mails and Response re: Settlement | 450.00 | 0.33 | 150.00 | Billable |
| 1/13/2012 424 | Michael J. Macco E-Mail E-Mail from Cioffe & Response | 450.00 | 0.08 | 37.50 | Billable |
| 1/17/2012 641 | Lynn Smiarowski Review Reviewed Mailing Matrix and Served Bar Order | 125.00 | 0.67 | 83.33 | Billable |
| 1/17/2012 568 | Michael J. Macco E-Mail 3 E-Mails  from Agnew to set up meeting | 450.00 | 0.25 | 112.50 | Billable |

Watson Productions LLC:Watson Productions LLC, Robert Watson (continued)

| Date | Timekeeper | Rate | Hours | Amount | Total |
|------|-----------|------|-------|--------|-------|
| ID | Task | Markup % | DNB Time | DNB Amt | |
| 1/17/2012 | Michael J. Macco | 450.00 | 0.50 | 225.00 | Billable |
| 391 | Draft | | | | |
| | Prepared for Final Cash Collateral Hearing | | | | |
| 1/17/2012 | Michael J. Macco | 450.00 | 0.25 | 112.50 | Billable |
| 390 | Telephone Conference | | | | |
| | Telephone Conference with Watson re: Hearing Tomorrow | | | | |
| 1/17/2012 | Michael J. Macco | 450.00 | 0.17 | 75.00 | Billable |
| 389 | E-Mail | | | | |
| | E-Mail from Guisto & Agnew and Response | | | | |
| 1/17/2012 | Michael J. Macco | 450.00 | 0.08 | 37.50 | Billable |
| 569 | E-Mail | | | | |
| | E-Mail from Watson re: IRS Claim | | | | |
| 1/17/2012 | Michael J. Macco | 450.00 | 0.08 | 37.50 | Billable |
| 567 | E-Mail | | | | |
| | E-Mail from Linda Agnew in response to my e-mail handle settlement negotiate | | | | |
| 1/17/2012 | Michael J. Macco | 450.00 | 0.33 | 150.00 | Billable |
| 388 | E-Mail | | | | |
| | E-Mail with Workers Comp & Response | | | | |
| 1/17/2012 | Michael J. Macco | 450.00 | 1.00 | 450.00 | Billable |
| 387 | E-Mail | | | | |
| | Reviewed & Drafted  December Operating Reports and Responded to Accountant & Debtor | | | | |
| 1/17/2012 | Michael J. Macco | 450.00 | 0.42 | 187.50 | Billable |
| 385 | E-Mail | | | | |
| | 4 E-Mails from From Gary and Bob re: Settlement Meeting and Response | | | | |
| 1/18/2012 | Michael J. Macco | 450.00 | 0.08 | 37.50 | Billable |
| 560 | E-Mail | | | | |
| | E-Mail from accountant re: resolution of IRS Claim | | | | |
| 1/18/2012 | Michael J. Macco | 450.00 | 0.50 | 225.00 | Billable |
| 394 | Letter | | | | |
| | Reviewed documents and forwarded  to Al Dimino with Documents Requested at 341 Meeting | | | | |
| 1/18/2012 | Michael J. Macco | 450.00 | 0.33 | 150.00 | Billable |
| 393 | Telephone Conference | | | | |
| | Telephone Conference with Accountant re: Operating Reports and Account Receivables | | | | |
| 1/18/2012 | Michael J. Macco | 450.00 | 0.25 | 112.50 | Billable |
| 642 | Preparation | | | | |
| | Amended Petition to take Small Business | | | | |

5/31/2012                             Macco & Stern LLP
10:06 AM                              Pre-bill Worksheet                              Page    18

Watson Productions LLC:Watson Productions LLC, Robert Watson (continued)

| Date | Timekeeper | Rate | Hours | Amount | Total |
|------|-----------|------|-------|--------|-------|
| ID | Task | Markup % | DNB Time | DNB Amt | |
| 1/19/2012 | Michael J. Macco | 450.00 | 0.50 | 225.00 | Billable |
| 395 | Review | | | | |
| | Reviewed Final Cash Collateral and Executed, Sent E-Mail to Mitchell Kaplan re: Execution | | | | |
| 1/19/2012 | Michael J. Macco | 450.00 | 0.17 | 75.00 | Billable |
| 396 | Telephone Conference | | | | |
| | Telephone Conference with Leo re: Personal Loan on Books | | | | |
| 1/19/2012 | Michael J. Macco | 450.00 | 0.17 | 75.00 | Billable |
| 401 | E-Mail | | | | |
| | 2 E-Mails from Accountant with Draft of Operating Reports & Response | | | | |
| 1/19/2012 | Michael J. Macco | 450.00 | 0.17 | 75.00 | Billable |
| 562 | E-Mail | | | | |
| | E-Mail from accountant re: repayment of other loans | | | | |
| 1/19/2012 | Michael J. Macco | 450.00 | 0.17 | 75.00 | Billable |
| 561 | E-Mail | | | | |
| | 2 E-Mail from debtor re: pre petition debt on O.R. and A.D. debt | | | | |
| 1/24/2012 | Michael J. Macco | 450.00 | 0.33 | 150.00 | Billable |
| 397 | E-Mail | | | | |
| | 3 E-Mails with Workers Comp, Bank Statement, 401K Statement & Employee handbook | | | | |
| 1/24/2012 | Michael J. Macco | 450.00 | 0.17 | 75.00 | Billable |
| 398 | Telephone Conference | | | | |
| | Telephone Conference re: Operating Reports & Settlement Howard | | | | |
| 1/24/2012 | Michael J. Macco | 450.00 | 0.08 | 37.50 | Billable |
| 399 | Letter | | | | |
| | Letter to Al Dimino with Documents | | | | |
| 1/24/2012 | Michael J. Macco | 450.00 | 0.17 | 75.00 | Billable |
| 400 | E-Mail | | | | |
| | E-Mail from Cliff Katz & Response | | | | |
| 1/24/2012 | Michael J. Macco | 450.00 | 0.08 | 37.50 | Billable |
| 402 | E-Mail | | | | |
| | E-Mail from Mitchell Kaplan Verifying Cash Collateral | | | | |
| 1/24/2012 | Michael J. Macco | 450.00 | 0.17 | 75.00 | Billable |
| 563 | E-Mail | | | | |
| | E-Mail Linda Agnew and response regarding settlement meeting | | | | |
| 1/24/2012 | Michael J. Macco | 450.00 | 0.17 | 75.00 | Billable |
| 409 | E-Mail | | | | |
| | E-Mail from Cliff Katz re: Arrears and forwarded to Robert Watson | | | | |

Watson Productions LLC:Watson Productions LLC, Robert Watson (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 1/24/2012 408 | Michael J. Macco E-Mail E-Mail from Cliff Katz re: Arrears and Forwarded to Robert Watson | 450.00 | 0.08 | 37.50 | Billable |
| 1/24/2012 407 | Michael J. Macco E-Mail E-Mail from Watson re: Lead Dog and Response to add them to the List | 450.00 | 0.17 | 75.00 | Billable |
| 1/24/2012 405 | Michael J. Macco E-Mail E-Mail from Cioffi and Reply re: Meeting with Giusto | 450.00 | 0.17 | 75.00 | Billable |
| 1/24/2012 406 | Michael J. Macco E-Mail 2 E-mails from Watson with draft of letter and Response | 450.00 | 0.33 | 150.00 | Billable |
| 1/25/2012 403 | Michael J. Macco Phone client Phone call to Giusto | 450.00 | 0.08 | 37.50 | Billable |
| 1/25/2012 643 | Lynn Smiarowski Filed Filed Sept Operating Reports | 450.00 | 0.33 | 150.00 | Billable |
| 1/25/2012 549 | Michael J. Macco Telephone Conference Linda Agnew re: adjournment of motion | 450.00 | 0.17 | 75.00 | Billable |
| 1/25/2012 550 | Michael J. Macco Telephone Conference Telephone conference with Gusto re: consenting to adjournment | 450.00 | 0.17 | 75.00 | Billable |
| 1/25/2012 551 | Michael J. Macco Letter Letter to bankruptcy court adjourning motion to 2/13/12 | 450.00 | 0.08 | 37.50 | Billable |
| 1/25/2012 556 | Michael J. Macco E-Mail E-Mail in response to Cliff Katz re: payment | 450.00 | 0.08 | 37.50 | Billable |
| 1/25/2012 557 | Michael J. Macco Telephone Conference Telephone Conference with Bob Watson re; Citibank payments | 450.00 | 0.08 | 37.50 | Billable |
| 1/25/2012 558 | Michael J. Macco Telephone Conference Telephone Conference with Ray Guisto re: settlement meeting | 450.00 | 0.17 | 75.00 | Billable |

Watson Productions LLC:Watson Productions LLC, Robert Watson (continued)

| Date | Timekeeper | Rate | Hours | Amount | Total |
|------|-----------|------|-------|--------|-------|
| ID | Task | Markup % | DNB Time | DNB Amt | |
| 1/25/2012 | Michael J. Macco | 450.00 | 0.08 | 37.50 | Billable |
| 559 | Telephone Conference | | | | |
| | Telephone Conference with chambers re: adjournment | | | | |
| 1/25/2012 | Michael J. Macco | 450.00 | 0.17 | 75.00 | Billable |
| 404 | E-Mail | | | | |
| | E-Mail from Agnew Esq. re: Settlement & Response | | | | |
| 1/25/2012 | Michael J. Macco | 450.00 | 0.67 | 300.00 | Billable |
| 392 | Review | | | | |
| | Reviewed Final Cash Collateral | | | | |
| 1/26/2012 | Michael J. Macco | 450.00 | 0.33 | 150.00 | Billable |
| 548 | Telephone Conference | | | | |
| | Telephone Conference with Bob Watson re: Conversation with judgement creditor | | | | |
| 1/26/2012 | Michael J. Macco | 450.00 | 0.25 | 112.50 | Billable |
| 546 | E-Mail | | | | |
| | 3 E-Mails re: adding creditors | | | | |
| 1/26/2012 | Michael J. Macco | 450.00 | 0.08 | 37.50 | Billable |
| 547 | E-Mail | | | | |
| | E-Mail re: Ray Agusto re: meeting | | | | |
| 1/30/2012 | Michael J. Macco | 450.00 | 0.17 | 75.00 | Billable |
| 541 | E-Mail | | | | |
| | E-Mail to Cliff Katz & Mitch Kaplan explaining problem why court would not sign off | | | | |
| 1/30/2012 | Michael J. Macco | 450.00 | 0.33 | 150.00 | Billable |
| 540 | Review | | | | |
| | Reviewed cash collateral agreement | | | | |
| 1/30/2012 | Michael J. Macco | 450.00 | 0.33 | 150.00 | Billable |
| 539 | Telephone Conference | | | | |
| | Telephone Conference with Lynn Ryan re problems with cash collateral | | | | |
| 1/31/2012 | Michael J. Macco | 450.00 | 0.08 | 37.50 | Billable |
| 425 | E-Mail | | | | |
| | E-Mail from Bob Watson re: Automatic Withdrawal | | | | |
| 1/31/2012 | Michael J. Macco | 450.00 | 0.17 | 75.00 | Billable |
| 537 | E-Mail | | | | |
| | E-Mail from IRS Insolvency  & forwarded same to Watson | | | | |
| 1/31/2012 | Michael J. Macco | 450.00 | 0.17 | 75.00 | Billable |
| 536 | E-Mail | | | | |
| | E-Mail from Katz re: cash collateral & response | | | | |

5/31/2012                                Macco & Stern LLP
10:06 AM                                 Pre-bill Worksheet                              Page    21

Watson Productions LLC:Watson Productions LLC, Robert Watson (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 2/2/2012 426 | Michael J. Macco E-Mail E- Mail From Watson re: Status with Guisto & travel Schedule | 450.00 | 0.08 | 37.50 | Billable |
| 2/2/2012 538 | Michael J. Macco E-Mail E-Mail from Watson re: payment & response | 450.00 | 0.17 | 75.00 | Billable |
| 2/6/2012 535 | Michael J. Macco E-Mail E-Mail to Cliff Katz re: Amendment to cash collateral | 450.00 | 0.17 | 75.00 | Billable |
| 2/6/2012 534 | Michael J. Macco E-Mail E-Mail from Watson | 450.00 | 0.17 | 75.00 | Billable |
| 2/7/2012 429 | Michael J. Macco E-Mail E-Mail from Cliff Katz re: Cash Collateral | 450.00 | 0.17 | 75.00 | Billable |
| 2/8/2012 427 | Michael J. Macco E-Mail E-Mail from Watson re: Pale Corp. & Problems Adding Creditors and forwarded same to Patrick for Amendment | 450.00 | 0.25 | 112.50 | Billable |
| 2/8/2012 433 | Michael J. Macco E-Mail E-Mail From Linda Agnew if Necessary fro her Attendance at Motion & Response | 450.00 | 0.08 | 37.50 | Billable |
| 2/8/2012 428 | Michael J. Macco E-Mail E-Mail from Agnew re: opposition tomorrow | 450.00 | 0.08 | 37.50 | Billable |
| 2/9/2012 435 | Michael J. Macco E-Mail E-Mail From Watson to Liz Kasanova and forwarded to Patrick | 450.00 | 0.17 | 75.00 | Billable |
| 2/9/2012 434 | Michael J. Macco E-Mail E-Mail for Watson with ADP Response to IRS | 450.00 | 0.17 | 75.00 | Billable |
| 2/10/2012 644 | Michael J. Macco Review Reviewed Opposition papers to lift stay and prepared for Court Hearing | 450.00 | 1.25 | 562.50 | Billable |
| 2/10/2012 674 | Lynn Smiarowski Forwarded Forwarded Opposition Papers to Debtor & State Court | 125.00 | 0.25 | 31.25 | Billable |

Watson Productions LLC:Watson Productions LLC, Robert Watson (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 2/13/2012 431 | Michael J. Macco Preparation Prepared of draft of Order lifting stay | 450.00 | 0.33 | 150.00 | Billable |
| 2/13/2012 430 | Michael J. Macco Court Court Appearance to argue Motion to Lift Stay | 450.00 | 2.33 | 1,050.00 | Billable |
| 2/14/2012 436 | Michael J. Macco E-Mail E-Mail Liz Kasanova Re: Lead Dog | 450.00 | 0.08 | 37.50 | Billable |
| 2/14/2012 544 | Michael J. Macco E-Mail E-Mail from Katz re: cash collateral amounts with revisions - received, reviewed | 450.00 | 0.33 | 150.00 | Billable |
| 2/14/2012 543 | Michael J. Macco E-Mail Response to my E-mail re: signing of cash collateral | 450.00 | 0.08 | 37.50 | Billable |
| 2/15/2012 505 | Michael J. Macco Telephone Conference Telephoned Robert Watson re: Conference | 450.00 | 0.17 | 75.00 | Billable |
| 2/15/2012 432 | Michael J. Macco E-Mail E-Mail for Cioffi  Setting up Conference Call | 450.00 | 0.17 | 75.00 | Billable |
| 2/15/2012 685 | Peter Corey Review Reviewed all Proofs of Claims & Prepared Spreadsheet for Michael Macco | 350.00 | 1.00 | 350.00 | Billable |
| 2/16/2012 645 | Lynn Smiarowski Filed Settled Order of pursuant to Order lifting Stay | 125.00 | 0.50 | 62.50 | Billable |
| 2/16/2012 506 | Michael J. Macco Telephone Conference Telephone Conference with Watson re: January Operating Reports, E-mail and Gordon | 450.00 | 0.17 | 75.00 | Billable |
| 2/17/2012 646 | Michael J. Macco Review Reviewed Final Order for use of Cash Collateral | 450.00 | 0.75 | 337.50 | Billable |
| 2/17/2012 507 | Michael J. Macco E-Mail E-Mail from Cliff Katz with Cash Collateral agreement | 450.00 | 0.25 | 112.50 | Billable |

5/31/2012                              Macco & Stern LLP
11:41 AM                              Pre-bill Worksheet                          Page    23

Watson Productions LLC:Watson Productions LLC, Robert Watson (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---------|-----------------|---------------|----------------|----------------|-------|
| 2/17/2012 542 | Michael J. Macco E-Mail E-Mail from Chambers re: cash collateral | 450.00 | 0.08 | 37.50 | Billable |
| 2/20/2012 690 | Michael J. Macco Review Reviewed Documents  Forwarded by ADP to IRS re: Proof of Claim | 450.00 | 0.25 | 112.50 | Billable |
| 2/21/2012 647 | Michael J. Macco Review Reviewed January Operating Reports | 450.00 | 0.67 | 300.00 | Billable |
| 2/21/2012 649 | Patrick Biggins Preparation Prepared Amended Schedules | 125.00 | 0.33 | 41.67 | Billable |
| 2/21/2012 648 | Lynn Smiarowski Filed Filed January Operating Reports | 125.00 | 0.25 | 31.25 | Billable |
| 2/21/2012 508 | Michael J. Macco E-Mail E-Mail with Tax Returns from Larry Centora and Watson to IRS to review Proof of Claim | 450.00 | 0.17 | 75.00 | Billable |
| 2/21/2012 511 | Michael J. Macco E-Mail E-Mail from Watson to Agnew re: Status of State Court case and Response | 450.00 | 0.17 | 75.00 | Billable |
| 2/21/2012 509 | Michael J. Macco Phone client Phone call to Watson Re: State Court Hearing | 450.00 | 0.17 | 75.00 | Billable |
| 2/23/2012 651 | Patrick Biggins Filed Filed Amended Schedules | 450.00 | 0.17 | 75.00 | Billable |
| 2/23/2012 650 | Michael J. Macco Review Executed Amended Schedules | 450.00 | 0.25 | 112.50 | Billable |
| 2/23/2012 497 | Michael J. Macco Telephone Conference Telephone Conference with Sandy at the Clerks Office re: Audit | 450.00 | 0.17 | 75.00 | Billable |
| 2/27/2012 499 | Michael J. Macco Telephone Conference Telephone Conference with Watson re: Operating Reports re: Cash Collateral | 450.00 | 0.25 | 112.50 | Billable |

5/31/2012                              Macco & Stern LLP
10:06 AM                               Pre-bill Worksheet                        Page    24

Watson Productions LLC:Watson Productions LLC, Robert Watson (continued)

| Date | Timekeeper | Rate | Hours | Amount | Total | |
| ID | Task | Markup % | DNB Time | DNB Amt | | |
|---|---|---|---|---|---|---|
| 2/27/2012 | Michael J. Macco | 450.00 | 0.08 | 37.50 | | Billable |
| 498 | E-Mail | | | | | |
| | E-Mail from Watson re: Operating Reports | | | | | |
| 2/28/2012 | Michael J. Macco | 450.00 | 0.50 | 225.00 | | Billable |
| 652 | Preparation | | | | | |
| | Prepared for Court Hearing | | | | | |
| 2/29/2012 | Michael J. Macco | 450.00 | 2.00 | 900.00 | | Billable |
| 500 | Court | | | | | |
| | Attended Status Conference 1 to 3pm | | | | | |
| 3/1/2012 | Michael J. Macco | 450.00 | 1.50 | 675.00 | | Billable |
| 502 | Draft | | | | | |
| | Drafted Notice of Motion extending time to assume lease agreement | | | | | |
| 3/1/2012 | Lynn Smiarowski | 125.00 | 0.67 | 83.33 | | Billable |
| 653 | Filed | | | | | |
| | Filed Motion to Extend Time to Answer | | | | | |
| 3/1/2012 | Michael J. Macco | 450.00 | 0.33 | 150.00 | | Billable |
| 686 | Review | | | | | |
| | Reviewed Amended Proof of Claim of IRS & Letter to Gonzales re: Problems with it | | | | | |
| 3/6/2012 | Michael J. Macco | 450.00 | 0.17 | 75.00 | | Billable |
| 501 | Telephone Conference | | | | | |
| | Telephone Conference with Bob Watson re: IRS Claim & Order to lift stay | | | | | |
| 3/8/2012 | Michael J. Macco | 450.00 | 0.17 | 75.00 | | Billable |
| 593 | Letter | | | | | |
| | Letter from Agnew to Sate Court | | | | | |
| 3/8/2012 | Michael J. Macco | 450.00 | 0.17 | 75.00 | | Billable |
| 510 | Review | | | | | |
| | Reviewed Court order lifting stay & forwarded to Linda Agnew Esq. | | | | | |
| 3/15/2012 | Michael J. Macco | 450.00 | 0.08 | 37.50 | | Billable |
| 504 | Telephone Conference | | | | | |
| | Telephone call to Gonzales at IRS | | | | | |
| 3/20/2012 | Lynn Smiarowski | 125.00 | 0.08 | 10.42 | | Billable |
| 654 | Filed | | | | | |
| | Filed February Operating Report | | | | | |
| 3/20/2012 | Michael J. Macco | 450.00 | 0.17 | 75.00 | | Billable |
| 553 | E-Mail | | | | | |
| | 3 more E-Mails re: conference call | | | | | |

Watson Productions LLC:Watson Productions LLC, Robert Watson (continued)

| Date | Timekeeper | Rate | Hours | Amount | Total |
|------|-----------|------|-------|--------|-------|
| ID | Task | Markup % | DNB Time | DNB Amt | |
| 3/20/2012 | Michael J. Macco | 450.00 | 0.50 | 225.00 | Billable |
| 655 | Preparation | | | | |
| | Prepared for Court Hearing an Cash Collateral | | | | |
| 3/20/2012 | Michael J. Macco | 450.00 | 0.33 | 150.00 | Billable |
| 552 | E-Mail | | | | |
| | 9 E-Mails setting up conference call & response | | | | |
| 3/20/2012 | Michael J. Macco | 450.00 | 0.33 | 150.00 | Billable |
| 554 | Review | | | | |
| | Reviewed & Filed operating reports for February | | | | |
| 3/20/2012 | Michael J. Macco | 450.00 | 0.92 | 412.50 | Billable |
| 592 | Conference | | | | |
| | Conference call with special counsel, Watson, Cioffi re: Motion to reargue | | | | |
| 3/20/2012 | Michael J. Macco | 450.00 | 0.25 | 112.50 | Billable |
| 591 | Review | | | | |
| | Reviewed briefing schedules for re argument | | | | |
| 3/20/2012 | Michael J. Macco | 450.00 | 0.17 | 75.00 | Billable |
| 555 | E-Mail | | | | |
| | 3 E-Mails confirming e-mail | | | | |
| 3/21/2012 | Lynn Smiarowski | 125.00 | 0.25 | 31.25 | Billable |
| 656 | Review | | | | |
| | Reviewed Notice of Appearance for Landlords Attorney and Changed Matrix | | | | |
| 3/21/2012 | Lynn Smiarowski | 125.00 | 0.25 | 31.25 | Billable |
| 658 | Forwarded | | | | |
| | Forwarded Amended Retention Order to UST for signature | | | | |
| 3/21/2012 | Michael J. Macco | 450.00 | 0.33 | 150.00 | Billable |
| 657 | Review | | | | |
| | Amended Retention Order and Resubmitted | | | | |
| 3/21/2012 | Michael J. Macco | 450.00 | 0.08 | 37.50 | Billable |
| 595 | Telephone Conference | | | | |
| | Telephone Conference with Watson re: Status Conference | | | | |
| 3/21/2012 | Michael J. Macco | 450.00 | 0.17 | 75.00 | Billable |
| 594 | Telephone Conference | | | | |
| | Telephone Conference with Watson re: Settlement Strategy | | | | |
| 3/21/2012 | Michael J. Macco | 450.00 | 0.08 | 37.50 | Billable |
| 587 | E-Mail | | | | |
| | E-Mail from Agnew re: Settlement | | | | |

Watson Productions LLC:Watson Productions LLC, Robert Watson (continued)

| Date | Timekeeper | Rate | Hours | Amount | Total |
|---|---|---|---|---|---|
| ID | Task | Markup % | DNB Time | DNB Amt | |
| 3/21/2012 | Michael J. Macco | 450.00 | 2.25 | 1,012.50 | Billable |
| 586 | Conference | | | | |
| | Attended Status Hearing on cash collateral and Hearing to Extend Time to Answer Lease Agreement | | | | |
| 3/22/2012 | Michael J. Macco | 450.00 | 0.08 | 37.50 | Billable |
| 584 | E-Mail | | | | |
| | E-Mail from UST re: Retention | | | | |
| 3/22/2012 | Michael J. Macco | 450.00 | 0.17 | 75.00 | Billable |
| 583 | E-Mail | | | | |
| | E-Mail from Watson re: Skyline Blog and Response | | | | |
| 3/22/2012 | Michael J. Macco | 450.00 | 0.08 | 37.50 | Billable |
| 582 | Review | | | | |
| | Received & reviewed notice of settlement from Silverman | | | | |
| 3/22/2012 | Michael J. Macco | 450.00 | 0.08 | 37.50 | Billable |
| 585 | E-Mail | | | | |
| | E-Mail from Agnew re: Settlement Conference with judgement creditor | | | | |
| 3/23/2012 | Michael J. Macco | 450.00 | 0.33 | 150.00 | Billable |
| 580 | Draft | | | | |
| | Drafted order extending time to assume or reject lease | | | | |
| 3/23/2012 | Lynn Smiarowski | 125.00 | 0.25 | 31.25 | Billable |
| 659 | Filed | | | | |
| | Filed Order Extending Time to Answer | | | | |
| 3/23/2012 | Michael J. Macco | 450.00 | 0.08 | 37.50 | Billable |
| 581 | Telephone Conference | | | | |
| | Telephone Conference with Bob Watson re: execution of judgement | | | | |
| 3/26/2012 | Michael J. Macco | 450.00 | 0.17 | 75.00 | Billable |
| 660 | Review | | | | |
| | Reviewed Retention Order | | | | |
| 3/26/2012 | Michael J. Macco | 450.00 | 0.08 | 37.50 | Billable |
| 687 | Review | | | | |
| | Reviewed Order Extending Time to Assume Lease | | | | |
| 3/27/2012 | Michael J. Macco | 450.00 | 0.17 | 75.00 | Billable |
| 578 | Telephone Conference | | | | |
| | Telephone conference with Bob Watson re: Claims Filed and Linda Agnew settled claim with Skyline | | | | |
| 4/2/2012 | Michael J. Macco | 450.00 | 0.25 | 112.50 | Billable |
| 590 | E-Mail | | | | |
| | 7 E-mails re: printing costs of apparel & telephone calls | | | | |

5/31/2012                                   Macco & Stern LLP
10:06 AM                                    Pre-bill Worksheet                                    Page    27

Watson Productions LLC:Watson Productions LLC, Robert Watson (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---------|-----------------|---------------|----------------|----------------|-------|
| 4/3/2012 571 | Michael J. Macco Review Reviewed settlement letter to Roy Guisto, Esq. & responded to 4 e-mails re:sale | 450.00 | 0.25 | 112.50 | Billable |
| 4/3/2012 572 | Michael J. Macco Review Reviewed, response papers filed in n/m for reargue | 450.00 | 0.33 | 150.00 | Billable |
| 4/3/2012 573 | Michael J. Macco E-Mail 3 E-Mails re: response papers | 450.00 | 0.17 | 75.00 | Billable |
| 4/3/2012 570 | Michael J. Macco Review Reviewed amended cash collateral and e-mailed consent to entry | 450.00 | 0.75 | 337.50 | Billable |
| 4/4/2012 564 | Michael J. Macco E-Mail E-mail Bob Watson re: Response papers | 450.00 | 0.25 | 112.50 | Billable |
| 4/4/2012 565 | Michael J. Macco E-Mail 3 E-Mails from Watson re: approval | 450.00 | 0.17 | 75.00 | Billable |
| 4/19/2012 607 | Michael J. Macco E-Mail E-mail from CPA with Quarterly Sum Due | 450.00 | 0.08 | 37.50 | Billable |
| 4/20/2012 545 | Michael J. Macco E-Mail E-Mailed paralegal re: amendment to schedule | 450.00 | 0.17 | 75.00 | Billable |
| 4/23/2012 663 | Lynn Smiarowski Filed Filed March Operating Reports | 125.00 | 0.25 | 31.25 | Billable |
| 4/23/2012 662 | Michael J. Macco Review Reviewed March Operating Reports | 450.00 | 0.75 | 337.50 | Billable |
| 4/23/2012 661 | Michael J. Macco Review Reviewed March Operating Reports | 450.00 | 0.75 | 337.50 | Billable |
| 5/1/2012 579 | Michael J. Macco Review Redrafted order of retention and resubmitted | 450.00 | 0.25 | 112.50 | Billable |
| 5/1/2012 566 | Michael J. Macco E-Mail E-Mail from Bank Attorney re: Submitting Cash Collateral | 450.00 | 0.08 | 37.50 | Billable |

5/31/2012                              Macco & Stern LLP
10:06 AM                               Pre-bill Worksheet                           Page     28

Watson Productions LLC:Watson Productions LLC, Robert Watson (continued)

| Date<br>ID | Timekeeper<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 5/2/2012<br>605 | Michael J. Macco<br>E-Mail<br>E-Mail to Debtors Accountant re: Fee Hearing and Response | 450.00 | 0.17 | 75.00 | Billable |
| 5/4/2012<br>664 | Michael J. Macco<br>Preparation<br>Prepared for Court Hearing | 450.00 | 0.33 | 150.00 | Billable |
| 5/4/2012<br>600 | Michael J. Macco<br>Telephone Conference<br>Telephone Conference with Shannon Scott re: Appointment | 450.00 | 0.08 | 37.50 | Billable |
| 5/4/2012<br>599 | Michael J. Macco<br>Review<br>Review Application for Cash Collateral | 450.00 | 0.75 | 337.50 | Billable |
| 5/7/2012<br>601 | Michael J. Macco<br>Court<br>Attended Status Conference | 450.00 | 1.50 | 675.00 | Billable |
| 5/8/2012<br>602 | Michael J. Macco<br>Phone client<br>Phone call to Shannon Scott re: Retainer | 450.00 | 0.08 | 37.50 | Billable |
| 5/8/2012<br>665 | Michael J. Macco<br>Review<br>Reviewed Notice of Appearance of Linda Agnew Esq. & Shannon<br>Scott and Amended Matrix | 450.00 | 0.50 | 225.00 | Billable |
| 5/9/2012<br>603 | Michael J. Macco<br>Phone client<br>Phone call to Bob Watson re: Quarterly Fee | 450.00 | 0.08 | 37.50 | Billable |
| 5/9/2012<br>617 | Michael J. Macco<br>E-Mail<br>2 E-Mails from Schussel with breakdown of time records and<br>response | 450.00 | 0.25 | 112.50 | Billable |
| 5/9/2012<br>688 | Peter Corey<br>Review<br>Received, Reviewed Notice re: Filing of Transcripts & Deadlines | 350.00 | 0.17 | 58.33 | Billable |
| 5/11/2012<br>614 | Michael J. Macco<br>E-Mail<br>E-mail form Special Counsel with bill for printing | 450.00 | 0.08 | 37.50 | Billable |
| 5/11/2012<br>615 | Michael J. Macco<br>E-Mail<br>2 E-Mails from Watson to SDV with documents from creditor<br>trying to collect pre-petition liabilities | 450.00 | 0.17 | 75.00 | Billable |

Watson Productions LLC:Watson Productions LLC, Robert Watson (continued)

| Date ID | Timekeeper / Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 5/14/2012 616 | Michael J. Macco<br>E-Mail<br>E-Mail with Settlement with SDV | 450.00 | 0.08 | 37.50 | Billable |
| 5/14/2012 604 | Michael J. Macco<br>Phone client<br>Phone call to Shannon Scott re: Hearing on Allowance | 450.00 | 0.17 | 75.00 | Billable |
| 5/15/2012 598 | Michael J. Macco<br>E-Mail<br>E-Mail to Linda Agnew re: Fee Application | 450.00 | 0.08 | 37.50 | Billable |
| 5/15/2012 597 | Michael J. Macco<br>E-Mail<br>E-Mail from Schuller CPA. and Response | 450.00 | 0.17 | 75.00 | Billable |
| 5/15/2012 606 | Michael J. Macco<br>E-Mail<br>E-Mail to Schuller CPA asking for entire fee application | 450.00 | 0.08 | 37.50 | Billable |
| 5/16/2012 612 | Michael J. Macco<br>E-Mail<br>E-mail from SDV with additional invoices | 450.00 | 0.08 | 37.50 | Billable |
| 5/16/2012 613 | Michael J. Macco<br>E-Mail<br>E-mail from Watson with Bankruptcy Notice and response | 450.00 | 0.08 | 37.50 | Billable |
| 5/16/2012 596 | Michael J. Macco<br>Review<br>Reviewed Fee Application for Special Counsel & forwarded e-mail responding the same | 450.00 | 1.00 | 450.00 | Billable |
| 5/17/2012 618 | Michael J. Macco<br>E-Mail<br>E-Mail from SDV with response to my e-mail | 450.00 | 0.08 | 37.50 | Billable |
| 5/17/2012 611 | Michael J. Macco<br>Review<br>Reviewed e-mail from SDV demanding payment & response | 450.00 | 0.17 | 75.00 | Billable |
| 5/17/2012 610 | Michael J. Macco<br>Review<br>Reviewed fee application from CPA and sent e-mail requesting original | 450.00 | 0.75 | 337.50 | Billable |
| 5/17/2012 629 | Michael J. Macco<br>Review<br>Reviewed April operating reports | 450.00 | 0.50 | 225.00 | Billable |

Watson Productions LLC:Watson Productions LLC, Robert Watson (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---------|-----------------|---------------|----------------|----------------|-------|
| 5/18/2012 666 | Lynn Smiarowski Review Reviewed Operating Report | 125.00 | 0.67 | 83.33 | Billable |
| 5/18/2012 667 | Lynn Smiarowski Filed Filed April Operating Report | 125.00 | 0.25 | 31.25 | Billable |
| 5/18/2012 619 | Michael J. Macco E-Mail E-Mail from CPA and response re: time records | 450.00 | 0.17 | 75.00 | Billable |
| 5/21/2012 678 | Michael J. Macco E-Mail 2 E-mails from SDV and Watson re: Invoice Reviewed Claims & Response | 450.00 | 0.17 | 75.00 | Billable |
| 5/21/2012 677 | Michael J. Macco Telephone Conference Telephone Conference with Bob Watson re: Paying Professional | 450.00 | 0.08 | 37.50 | Billable |
| 5/21/2012 679 | Michael J. Macco E-Mail E-Mail from Schussel with Time Records & Response | 450.00 | 0.17 | 75.00 | Billable |
| 5/21/2012 630 | Michael J. Macco E-Mail E-Mail from Lee Schlisel and response to Time Records | 450.00 | 0.17 | 75.00 | Billable |
| 5/21/2012 680 | Michael J. Macco Review Reviewed and Filed Operating Reports | 450.00 | 0.25 | 112.50 | Billable |
| 5/23/2012 631 | Michael J. Macco E-Mail E-Mail and Response to Linda Agnew re: Application Fee | 450.00 | 0.17 | 75.00 | Billable |
| 5/23/2012 634 | Michael J. Macco E-Mail E-Mail from Lee Schlissel mailing Fee Application | 450.00 | 0.08 | 37.50 | Billable |
| 5/23/2012 632 | Michael J. Macco E-Mail E-Mail and Response to Lee Schlissel re: Fee Application | 450.00 | 0.17 | 75.00 | Billable |
| 5/23/2012 635 | Michael J. Macco Preparation Prepared Notice of Hearing to Schedule Fee Application on Accountant, Special Counsel & Macco & Stern, LLP | 450.00 | 0.50 | 225.00 | Billable |

Watson Productions LLC:Watson Productions LLC, Robert Watson (continued)

| Date ID | Timekeeper<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 5/23/2012<br>668 | Michael J. Macco<br>Review<br>Reviewed Time Records & Expenses | 450.00 | 0.33 | 150.00 | Billable |
| 5/24/2012<br>633 | Michael J. Macco<br>E-Mail<br>E-Mail to Linda Agnew re: Schediling Hearing to Approve Special<br>Counsel Fee & Response | 450.00 | 0.08 | 37.50 | Billable |
| 5/25/2012<br>669 | Michael J. Macco<br>Preparation<br>Prepared draft of Fee Application | 450.00 | 1.75 | 787.50 | Billable |
| 5/29/2012<br>675 | Michael J. Macco<br>E-Mail<br>E-Mail from SDV USA | 450.00 | 0.08 | 37.50 | Billable |
| 5/29/2012<br>673 | Michael J. Macco<br>E-Mail<br>2 E-Mails from Gary Cioffi re: Fee Application & Response | 450.00 | 0.17 | 75.00 | Billable |
| 5/29/2012<br>672 | Michael J. Macco<br>Telephone Conference<br>Telephone Conference with Bob Watson re: Fee Application &<br>Lease Agreements | 450.00 | 0.17 | 75.00 | Billable |
| 5/29/2012<br>671 | Michael J. Macco<br>Telephone Conference<br>Telephone Conference S.D.V re: late claim | 450.00 | 0.17 | 75.00 | Billable |
| 5/29/2012<br>670 | Michael J. Macco<br>Telephone Conference<br>Telephone Conference with Watson re: tie to assume loan | 450.00 | 0.08 | 37.50 | Billable |
| 5/29/2012<br>689 | Michael J. Macco<br>Review<br>Reviewed Drafts of fee Application & Executed Same | 450.00 | 0.67 | 300.00 | Billable |
| 5/29/2012<br>676 | Michael J. Macco<br>E-Mail<br>E-Mail from James Gillett - Blue Bird Expenses | 450.00 | 0.17 | 75.00 | Billable |

| TOTAL | Billable Fees | | 137.45 | | $52,917.08 |